**STATEMENT OF FACTS**

Your affiant is a Task Force Officer with the Federal Bureau of Investigation and a detective with the New York Police Department. Currently, I am tasked with investigating criminal activity that took place on January 6, 2021, in and around the United States Capitol grounds. As a Task Force Officer, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol Building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol Building and the proceedings underway inside.

At such time, the certification proceedings were still underway, and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol Building without authority to be there. One such individual is the defendant, GIORGI MAMULASHVILI.

### MAMULASHVILI's Involvement in the January 6 Attack on the U.S. Capitol

Law enforcement officers reviewed an open-source video that depicted an individual (later identified as WITNESS) outside of the U.S. Capitol on January 6, 2021. In the open-source video, WITNESS is shown holding a smartphone and claiming to have received footage of the riot from someone he knew who was inside the building. Officers analyzed open-source video and social media profiles to identify WITNESS and his place of business. Law enforcement officers visited WITNESS in his office and interviewed him on November 8, 2021. WITNESS provided the interviewing agents with text messages, photographs, and videos that he received from MAMULASHVILI on January 6, 2021, from a phone number ending in 4991.

MAMULASHVILI's messages, photographs, and videos showed that MAMULASHVILI was inside the U.S. Capitol Building on January 6, 2021. Text messages sent by MAMULASHVILI on January 6, 2021, at around 2:24 p.m. read, "Trying to enter" and, "They are shooting paper spry [sic]."



Image 1 (Texts from MAMULASHVILI)

MAMULASHVILI also texted videos to WITNESS, some of which depict him inside the U.S. Capitol Building.



Image 2 (Videos from MAMULASHVILI)



Image 3 (Screenshot depicting MAMULASHVILI inside U.S. Capitol Building)

### MAMULASHVILI Inside the U.S. Capitol Building

The texted videos depicted MAMULASHVILI wearing a black balaclava over his face, a grey hooded sweatshirt with white capitalized letters emblazoned on the front, and a blue flag wrapped around his neck and shoulders like a cape. Your affiant reviewed CCTV footage recorded by the U.S. Capitol Building surveillance system on January 6, 2021, and searched for an individual matching this description. The CCTV footage depicts an individual matching this description, who entered the Capitol Building through the Columbus Doors on January 6, 2021, around 2:43 p.m. The individual then traveled to the Rotunda. The individual stayed inside the Capitol Building for approximately 40 minutes. The footage shows the individual wearing a sweatshirt with "BROOKLYN" emblazoned on the front.



Image 4 (MAMULASHVILI shortly after entering Capitol Building, circled and enlarged)



Image 5 (MAMULASHVILI inside U.S. Capitol Rotunda)

## Identification of MAMULASHVILI

Your affiant took additional investigative steps to corroborate WITNESS's identification of MAMULASHVILI. A search of a database belonging to the Department of Motor Vehicles for the State of New York yielded an individual named Giorgi Mamulashvili, who lived at an address in Brooklyn, New York. A subpoena return from an electronic service provider associated with the phone number ending in 4991 showed that the account owner, also named Giorgi Mamulashvili, lived in the same Brooklyn address. Open-source social media materials reviewed on December 15, 2021, including accounts associated with the phone number ending in 4991, revealed profile pictures of the accounts' user, including the following images.



Image 6 (Social media profile picture of MAMULASHVILI)



Image 7 (Social media profile picture of MAMULASHVILI)

### Interview of MAMULASHVILI

On July 13, 2023, Task Force Officers from the FBI (including your affiant) interviewed MAMULASHVILI at his residence in Brooklyn, New York. MAMULASHVILI was advised of the identity of the interviewing officers and the nature of the interview. During the interview, MAMULASHVILI said that he drove his vehicle (a 2017 White Dodge Challenger) to Washington, D.C., and arrived at around 2:00 p.m. MAMULASHVILI said that after parking his vehicle, he joined the crowd near the U.S. Capitol Building, entered through the doors, and walked around inside the building. During the interview, MAMULASHVILI was shown a picture of an individual inside the U.S. Capitol Building and he admitted that he was the individual in the picture. MAMULASHVILI wrote his name on the picture and signed it. MAMULASHVILI also included the date '07/01/2023' when he signed his name during the interview. Your affiant asserts that MAMULASHVILI incorrectly applied this date during the interview on July 13, 2023.



Image 8 (Signed picture of MAMULASHVILI in U.S. Capitol Building)

### Probable Cause

Based on the foregoing, your affiant submits that there is probable cause to believe that MAMULASHVILI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that MAMULASHVILI violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of January 2024.

_____
HON. MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE